| | |
|---|---|
| AMERICAN RESCUE WORKERS, INC. and AMERICAN RESCUE WORKERS, <br><br> Plaintiffs, <br><br> vs. <br><br> GLORY MOUNTAIN MINISTRIES, BYRON MARTIN, SHAHRZAD MARTIN, ALMA DYSON, PAUL E. MARTIN, JR., VIRGINIA NOTTINGHAM, and WANDA M. RAWLINGS, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the Defendants' Motion to Dismiss [Doc. 25], the Magistrate Judge's Memorandum and Recommendation [Doc. 32], and the Defendants' Objections to the Memorandum and Recommendation [Doc. 33].

Pursuant to 28 U.S.C. § 636(b), the Court designated the Honorable W. Carleton Metcalf, United States Magistrate Judge, to consider the Defendants' Motion to Dismiss and to submit a recommendation regarding

its disposition. On February 14, 2025, the Magistrate Judge entered a Memorandum and Recommendation, recommending that the Defendants' Motion to Dismiss be denied. [Doc. 32 at 16]. On February 28, 2025, the Defendants filed Objections to the Memorandum. [Doc. 33]. On March 14, 2025, the Plaintiffs filed a Reply to the Defendants' Objections. [Doc. 34].

After careful review of the Magistrate Judge's Memorandum, the Court finds that the Memorandum's challenged conclusions are consistent with current law. Accordingly, the Court accepts the Magistrate Judge's recommendation to deny the Defendants' Motion to Dismiss.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Defendants' Objections to the Memorandum and Recommendation [Doc. 33] are **OVERRULED**, the Memorandum and Recommendation [Doc. 32] is **ACCEPTED**, and the Defendants' Motion to Dismiss [Doc. 25] is **DENIED**.

**IT IS SO ORDERED**.

Signed: March 31, 2025

Martin Reidinger
Chief United States District Judge